**1**

**MORAN TOWING & TRANSPORTATION COMPANY, Libelant-Appellant, v. MOTOR SHIP INTERWATERWAYS NO. 103, Her Engines, etc.; Interwaterways Line, Inc., Claimant-Appellee.**

(Circuit Court of Appeals, Second Circuit. October 9, 1925.)

No. 32.

Appeal from the District Court of the United States for the Eastern District of New York.

Macklin, Brown & Van Wyck, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Barry, Wainwright, Thacher & Symmers of New York City (John C. Prizer, of New York City, of counsel), for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed in open court.

---

**2**

**Fred D. NEWMAN, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Fifth Circuit. October 27, 1925.)

No. 4559.

In Error to the District Court of the United States for the Northern District of Alabama; Wm. I. Grubb, Judge.

Ben F. Ray, of Birmingham, Ala., for plaintiff in error.

Jim C. Smith, Asst. U. S. Atty., of Birmingham, Ala.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment is affirmed.